# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 3 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| ELIEL NTAKIRUTIMANA, ET AL.,<br>*Plaintiffs*,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS INC.,<br>ET AL.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. L-09-114

## ORDER

Given the undersigned's impending retirement on October 31, 2013, this case is temporarily **STAYED** until further notice from the Court. Although the parties are strongly encouraged to continue resolving their existing discovery disputes on their own, no further orders will issue from this Court until this stay is lifted by the District Court Judge or a newly assigned Magistrate Judge.

Plaintiffs' "Motion to Quash Defendants' Deposition Subpoenas and for Protective Order with Respect to Production of Documents" is **DENIED as moot**, given this stay. *See* Docket Entry ("DE") 414. This does not mean that the Court sanctions the depositions and discovery requests Plaintiffs seek to quash. This case is stayed as of today's date. Discovery in this case has been closed since September 16, 2013. DE 384. The Court reiterates that no discovery of any party or nonparty shall proceed after the September 16, 2013 deadline *unless it is agreed to by the parties and the recipient of the discovery request* — unless production of the requested discovery is required as part of a party's *ongoing duty to supplement* a previous discovery

response.

A new scheduling order shall issue once this stay is lifted.  However, given the large amount of time the parties have had to conduct discovery, and the extensive opportunities the parties have been given to resolve their disputes *with* Court intervention, the parties should not expect the discovery period to be reopened.


**Signed in Brownsville, Texas on this 23nd day of October 2013.**


**Felix Recio**
**United States Magistrate Judge**