IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIEL NTAKIRUTIMANA, M.D. ANESTHESIA HEALTHCARE PARTNERS OF LAREDO, P.A., JOSE BERLIOZ, M.D., and JOSE BERLIOZ, M.D., P.A. d/b/a SAFARI PEDIATRICS, | § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | CASE NO. 5:09-CV-00114 |
| CHS/COMMUNITY HEALTH SYSTEMS, INC., COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, WEBB HOSPITAL CORPORATION, LAREDO TEXAS HOSPITAL COMPANY, L.P. d/b/a LAREDO MEDICAL CENTER, ABRAHAM "ABE" MARTINEZ, ARGELIA "ARGIE" MARTINEZ, TIMOTHY P. ADAMS, MICHAEL T. PORTACCI, WAYNE SMITH, TIMOTHY SCHMIDT AND COMMUNITY HEALTH SYSTEMS, INC. | § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## MOTION TO WITHDRAW AS ADDITIONAL COUNSEL FOR COMMUNITY HEALTH SYSTEMS, INC. AND CHS/COMMUNITY HEALTH SYSTEMS, INC.

Ryan P. Bates, additional counsel for Defendants Community Health Systems, Inc. and CHS/Community Health Systems, Inc., files this motion to withdraw, asking this Court to allow him to withdraw as additional counsel for Defendants Community Health Systems, Inc. and CHS/Community Health Systems, Inc.

Reagan W. Simpson of Yetter Coleman LLP remains Attorney-in-Charge for Defendants Community Health Systems, Inc. and CHS/Community Health Systems, Inc.

Based on the foregoing, Movant, Ryan P. Bates, asks this Court to issue an order granting this Motion to Withdraw.  Mr. Bates further requests that he no longer receive cm/ecf notices regarding this matter.

        Respectfully submitted,

/s/ *Reagan W. Simpson*
Reagan W. Simpson
**Attorney-in-Charge for Defendants Community Health Systems, Inc. and CHS/Community Health Systems, Inc.**
State Bar No. 18404700
Southern District ID No. 1976
rsimpson@yettercoleman.com
Ryan P. Bates
State Bar No. 24055152
Southern Dist. ID No. 1003108
rbates@yettercoleman.com
J. Campbell Barker
State Bar No. 24049125
Southern Dist. ID No. 1421893
cbarker@yettercoleman.com
April L. Farris
State Bar No. 24069702
Southern Dist. ID No. 1133331
afarris@yettercoleman.com
**YETTER COLEMAN LLP**
221 West 6th Street, Suite 750
Austin, Texas 78701
Telephone: (512) 533-0150
Facsimile: (512) 533-0120

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served through this court's CM/ECF system on November 6, 2013, on the following counsel of record:

Jason M. Davis
Caroline A. Newman
THE DAVIS GROUP
The Weston Centre
112 E. Pecan Street, Suite 900
San Antonio, Texas 78205
E-mail: jdavis@davisgrouppc.com
E-mail: cnewman@davisgrouppc.com
***Attorneys for Plaintiffs, Eliel Ntakirutimana, M.D. and Anesthesia Healthcare Partners of Laredo, P.A.***

Joe Ruiz
Sandra Mata-Cortes
JOE J. RUIZ AND ASSOCIATES, P.C.
513 Ceylon Street
Eagle Pass, Texas 78852
E-mail: joe@ruizandassociates.com
E-mail: scortes@ruizandassociates.com

Kenneth A. Valls
TREVINO, VALLS & HAYNES, LLP
6909 Springfield Avenue, Suite 200
Laredo, Texas 78041
E-mail: kennyvalls@tvhlawfirm.com
***Attorneys for Plaintiffs, José Berlioz, M.D. and José Berlioz, M.D., P.A. d/b/a Safari Pediatrics***

Natalie A. Taylor
DIAMOND MCCARTHY LLP
6504 Bridgepoint Parkway, Suite 400
Austin, Texas 78730
E-mail: ntaylor@diamondmccarthy.com
***Attorneys for Plaintiff Eliel Ntakirutimana and Anesthesia Healthcare Partners of Laredo, P.A.***

Guillermo "Memo" del Barrio, Jr.
LAW OFFICES OF GUILLERMO G. DEL BARRIO, JR.
1120 Matamoros Street
Laredo, Texas 78040
E-mail: memo@delbarriolaw.com
*Attorneys for Defendants, Abraham Martinez & Argelia Martinez*

Jorge Cantu Rangel
THE RANGEL LAW FIRM PC
615 N. Upper Broadway, Ste. 2020
PO Box 2683
Corpus Christi, Texas 78403-2683
E-mail: jorge.c.rangel@rangellaw.com
*Attorney of Record for Defendants Webb Hospital Corporation, Laredo Texas Hospital Company, L.P. d/b/a Laredo Medical Center, and Timothy Schmidt*

James G. Munisteri
GARDERE WYNNE SEWELL LLP
Wells Fargo Plaza, Suite 3400
1000 Louisiana
Houston, Texas  77002
E-mail: jmunisteri@gardere.com
*Attorney-Of-Record For Defendants CHS/Community Health Systems, Inc., Community Health Systems Professional Services Corporation, Timothy P. Adams And Michael T. Portacci*

Thomas Hagemann
Orin H. Lewis
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002
E-mail:  thagemann@gardere.com
E-mail:  olewis@gardere.com

Professor G. Robert Blakey
Notre Dame Law School*
Notre Dame, Indiana  46556
Pro Hac Vice (pending)
*For Identification Purposes Only
*Of Counsel For Defendants CHS/Community Health Systems, Inc., Community Health Systems Professional Services Corporation, Webb Hospital Corporation, Laredo Texas Hospital Company, L.P. d/b/a/ Laredo Medical Center, Timothy P. Adams And Michael T. Portacci*

Robin Gibbs
Sam W. Cruse, III
Ayesha Najam
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
E-mail: rgibbs@gibbsbruns.com
E-mail: scruse@gibbsbruns.com
E-mail: anajam@gibbsbruns.com
***Attorney-of-Record for Defendant Wayne Smith***

                                      /s/ *Ryan P. Bates*
                                      Ryan P. Bates