IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELIEL NTAKIRUTIMANA, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 5:09-CV-114 |
| § | |
| CHS/COMMUNITY HEALTH § | |
| SYSTEMS, INC., *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

BE IT REMEMBERED, that on December 23, 2013, the Court **CANCELLED** the Final Pretrial Conference and Jury Selection setting in this case.

On April 17, 2013, the Court set the Final Pretrial Conference in this case for 1:30 p.m. on January 7, 2014, and set Jury Selection for 9:00 a.m. on January 9, 2014. In light of the order staying this case issued on October 23, 2013, the Court **CANCELS** the Final Pretrial Conference and Jury Selection settings.

SIGNED this 23rd day of December, 2013.

_____
Hilda Tagle
Senior United States District Judge