IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIEL NTAKIRUTIMANA, M.D. ANESTHESIA HEALTHCARE PARTNERS OF LAREDO, P.A., JOSE BERLIOZ, M.D., and JOSE BERLIOZ, M.D., P.A. d/b/a SAFARI PEDIATRICS, | § § § § § § § | |
| Plaintiffs, | § | |
| v. | § | CASE NO. 5:09-CV-00114 |
| | § | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC., COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, WEBB HOSPITAL CORPORATION, LAREDO TEXAS HOSPITAL COMPANY, L.P. d/b/a LAREDO MEDICAL CENTER, ABRAHAM "ABE" MARTINEZ, ARGELIA "ARGIE" MARTINEZ, TIMOTHY P. ADAMS, MICHAEL T. PORTACCI, WAYNE SMITH, TIMOTHY SCHMIDT AND COMMUNITY HEALTH SYSTEMS, INC. | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## **ORDER ON MOTION TO WITHDRAW**

The Court GRANTS the Motion to Withdraw as Additional Counsel for Community Health Systems, Inc. and CHS/Community Health Systems, Inc.

Accordingly, it is ORDERED that April L. Farris is withdrawn as counsel for Community Health Systems, Inc. and CHS/Community Health Systems, Inc.

SIGNED on this ____ day of _____, 2014.

_____
HONORABLE JUDGE PRESIDING