UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELIEL NTAKIRUTIMANA, ET AL., Plaintiffs, § § § § | |
| v. § | Case No. 5:09-cv-114 |
| § LAREDO TEXAS HOSPITAL § COMPANY, L.P., D/B/A LAREDO § MEDICAL CENTER, ET AL., § Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, including the objections filed by the Non-Martinez Defendants, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that that the Non-Martinez Defendants' Motion for Partial Summary Judgment (Dkt. No. 447) is **DENIED**, in part. Specifically, Defendants' motion for summary judgment as to Count Six is **DENIED**.

Signed on this 12th day of April, 2017.

Hilda Tagle
Senior United States District Judge