# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ELIEL NTAKIRUTIMANA, ET AL., Plaintiffs, | § § § |
| v. | § Case No. 5:09-cv-114 |
| LAREDO TEXAS HOSPITAL COMPANY, L.P., D/B/A LAREDO MEDICAL CENTER, ET AL., Defendants. | § § § § § § |

## ORDER ADOPTING AMENDED MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Amended Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Amended Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that (1) the Non-Martinez Defendants' Motion for Partial Summary Judgment (Dkt. No. 486) is **GRANTED**, in part; (2) Plaintiffs' Unopposed Motion to Dismiss With Prejudice (Dkt. No. 521) is **GRANTED**; (3) Dr. Berlioz's claims under Count 5 are **DISMISSED**, with prejudice; (4) the claims of Dr. Ntakirutimana and Anesthesia Healthcare Partners of Laredo, P.A., under Counts 8 and 11 are **DISMISSED**, with prejudice; and, (5) Plaintiffs' claims under Count 10 are **DISMISSED**, with prejudice.

Signed on this 12th day of April, 2017.

Hilda Tagle
Senior United States District Judge